UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                      :
JANART 55 WEST 8TH LLC,
                                                      :
                Plaintiff,                                  06 Civ. 14293 (WHP)
                                                      :
            -against-                                       ORDER
                                                      :
GREENWICH INSURANCE CO.,
                                                      :
                Defendant.
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

             The parties have jointly requested an adjournment of the schedule, the following

schedule is established on consent:

> 1. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by August 14, 2009;
>
> 2. The parties will endeavor to submit a joint request to charge by August 14, 2009; and
>
> 3. The Court will hold a conference on August 28, 2009 at 10:30 a.m.

Dated: July 2, 2009
       New York, New York

                          SO ORDERED:


                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of Record*

Alon M. Markowitz, Esq.
Markowitz & Chattoraj, LLP
271 Madison Avenu
20th Floor
New York , NY 10016
*Counsel for Plaintiff*

Stanley Walter Kallmann, Esq.
Gennet, Kallmann, Antin & Robinson, P.C.
6 Campus Drive
Parsippany , NJ 07054
*Counsel for Defendant*